# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAJI THOMAS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SEA WORLD PARKS AND ENTERTAINMENT, LLC, et al.,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 17-02832 |

## ORDER

**AND NOW**, this 26th day of July, 2017, upon consideration of Plaintiff's letter dated today, it is hereby **ORDERED** that this case shall be **DISMISSED** without prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.